STATE OF MISSISSIPPI
# Office of The District Attorney
TENTH CIRCUIT COURT DISTRICT



SERVING COUNTIES OF:
CLARKE
LAUDERDALE
KEMPER
WAYNE

BILBO MITCHELL
DISTRICT ATTORNEY

P.O. BOX 5163
Meridian, Mississippi
39302
Telephone: (601) 482-9757
Fax: (601) 483-0085

LISA J. HOWELL
ASSISTANT DISTRICT ATTORNEY

THOMAS G. BITTICK
ASSISTANT DISTRICT ATTORNEY

PHILIP S. WEINBERG
ASSISTANT DISTRICT ATTORNEY

KASSIE COLEMAN
ASSISTANT DISTRICT ATTORNEY

GEORGE L. HAYES
CRIMINAL INVESTIGATOR

ROBERT BAYSINGER
CRIMINAL INVESTIGATOR

April 5, 2017

Jason Holloway c/o EMCF
10641 Hwy 80 West
Meridian, MS 39301

STATE V. Michael Wilson---Sexual Battery

Dear Mr. Holloway,

The above referenced case, in which you were a victim, was presented to the March 2017 Grand Jury. A decision was made by the Grand Jurors not to file criminal charges against the accused.

I am not allowed to go into detail as to the reason an indictment was not returned by the Grand Jury in this case. However, insufficient evidence is the usual reason.

Sincerely,

Suzanne Youngblood
Victim Assistance Coordinator

EXHIBIT
G